U. S. DISTRICT COURT
Eastern District of Louisiana

FILED   MAR 31 2008

LORETTA G. WHYTE
Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF __Louisiana__
_____ DIVISION

---

Motion under Title 18 U.S.C. §3582(c)(2) and U.S. Sentencing Guidelines
1B1.10(c) for Reduction of Sentence based on 2007 Guideline
Amendment Nine which became effective on November 1, 2007,
And caused a two-level reduction in Base Offense Level
For Cocaine Base

---

__Montrell N Carmouch__,           )
Petitioner, pro se,                )
                                   )   Criminal Case No. __00-00253-011__
v.                                 )
                                   )                      N
United States of America,          )
Respondent.                        )

---

COMES NOW, the Petitioner, __Montrell Carmouch__, acting on her own behalf and REQUESTS this Honorable Court to use its discretion and GRANT her the relief provided in the 2007 Guideline Amendment Nine. Amendment Nine modified the drug quantity thresholds in the Drug Quantity Table so as to assign, for crack cocaine (Cocaine Base offenses, base offense levels corresponding to quideline ranges that include the statutory minimum penalties.

Accordingly, pursuant to the amendment, 5 grams of cocaine base are assigned a base offense level of 24 (51 to 63 months at Criminal History Category of I, which includes the five-year [60 month] statutory minimum for such offenses), and 50 grams of cocaine base are assigned a base offense level of 30 (97 to 121 months at Criminal History Category I, which includes the ten-year [120 month] statutory minimum for such offenses). The base offense levels for 5 grams and 50 grams of cocaine base were levels 26 and 32, respectively, before Amendment Nine. Cocaine base offenses for quantities above and below the mandatory minimum threshold quantities similarly are adjusted downward by two levels.

Based on the following information, Petitioner qualifies for the two-level reduction in her sentence and REQUESTS that relief be GRANTED:

1. Date of conviction: __9-26-2001__
2. Date of sentencing: __9-26-2001__

TENDERED FOR FILING

MAR 31 2008

U.S. DISTRICT COURT
Eastern District of Louisiana
Deputy

___Fee_____
___Process____
_X_Dktd_____
_X_CtRmDep___
___Doc. No.___

3.  Did cocaine base alone cause your Base Offense Level (BOL) to be greater than level 12? If "Yes" or "Don't Know," proceed with this Motion.

4.  List the level that your sentence was based and the count related to the level:
    Level __34__ for count(s) __I__

5.  What is your Criminal History Category? (Circle One)
    I    II    III    IV    V    (VI)

6.  What was your sentencing range and sentence before Amendment Nine?
    Sentencing range: __262-327 months__. I received a sentence of: __262 months__ for count(s) __I__.

7.  What is your offense level and sentencing range after a two-level reduction based on Amendment Nine?
    Level: __32__   Sentencing range: __210-262 months__
    count(s): __I__

8.  Petitioner's projected release date at this time is: __05-15-2020__

Petitioner respectfully REQUESTS to be sentenced at the bottom of her new sentencing range.

Submitted this __March__ day of __28th__, 20__08__.

_Montrell Cooke_
Petitioner, pro se

Reg. #: __24102-034__
SFF HAZELTON
P.O. BOX 3000
BRUCETON MILLS, WV 26525-3000

IN THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF _Louisiana_
_____ DIVISION

_Montrell N. Carmouch_,
Petitioner, pro se,

v.

United States of America,
Respondent.

Case No. _00-00253-011_

MOTION FOR LEAVE TO PROCEED IN FORMA PAUPERIS

    Petitioner, _Montrell Carmouch_, pro se, respectfully moves this Honorable Court, pursuant to Rule 39.1 of the Rules of the Supreme Court of the United States and 28 U.S.C.A. §1915, for an ORDER permitting her to proceed in this Court, **In Forma Pauperis**, with her Motion under Title 18 U.S.C. §3582(c)(2) and U.S. Sentencing Guidelines §1B1.10(c) for Reduction of Sentence based on 2007 Guideline Amendment Nine which became effective on November 1, 2007, and caused a two-level reduction in Base Offense Level for Cocaine Base.

    In support thereof, Petitioner states as follows:

1. Petitioner, _Montrell Carmouche_, respectfully asks leave to file the attached Motion in the United States District Court for the _Eastern_ District of _Louisiana_ without prepayment of costs and to proceed **In Forma Pauperis**.

2. The Petitioner's affidavit in support thereof is attached hereto.

Respectfully sibmitted,

_[signature]_
Petitioner, pro se

Reg. # _24102-034_
SFF HAZELTON
P.O. BOX 3000
BRUCETON MILLS, WV 26525-3000

This _March_ day of _28th_, 20_08_.

IN THE UNITED STATES DISTRICT COURT
FOR THE __Eastern__ DISTRICT OF __Louisiana__
_____ DIVISION

---

__Montrell N. Carmouche__,
Petitioner, pro se,

v.

United States of America,
Respondent.

Case No. __00-00253-011__

AFFIDAVIT IN SUPPORT OF MOTION
for Leave to Proceed IN FORMA
PAUPERIS

---

__Montrell Carmouch__, being duly sworn, deposes and says:

1. I am the Petitioner in this cause.
2. Because of my poverty I am unable to pay the costs of this cause.
3. I believe that I am entitled to the redress I seek in said cause.
4. I am unable to give security for the same.
5. The nature of said cause is briefly stated as follows:

I was sentenced to federal incarceration by the United States District Court for the __Eastern__ District of __Louisiana__. The present proceeding was commenced on a Motion to Reduce Sentence based on the 2007 Guideline Amendment Nine which became effective on November 1, 2007, and caused a two-level reduction in Base Offense Level for Cocaine Base.

_Montrell Carmouche_
Petitioner, pro se

Reg. No. __24102-034__
SFF HAZELTON
P.O. BOX 3000
BRUCETON MILLS, WV  26525-3000

This __March__ day of __28__, 20__08__.

## CERTIFICATE OF SERVICE

I certify that a true and correct copy of the foregoing §3582(c)(2) Motion, has been forwarded to:

THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF _Louisiana_
_____ DIVISION
CLERK OF COURT

_____
_____
_____

This CERTIFICATE OF SERVICE serves as my notice that all relating papers were dropped off in the Mailbox provided for inmates at AFF HAZELTON with appropriate postage paid on the following date:

This _March_ day of _28th_____, 20_08_.

_Montrell Camake_
Petitioner, pro se

Reg. No. _24102-034_
SFF HAZELTON
P.O. BOX 3000
BRUCETON MILLS, WV  26525-3000



INMATE NAME: Carmouche, Martrell
REGISTER NO. 24102-034
UNITED STATES PENITENTIARY - HAZELTON SFF
P.O. BOX 2000
BRUCETON MILLS, WEST VIRGINIA 26525

U.S. District Court
500 Poydras St., Room C-151
New Orleans, LA 70130